CGFD15 (4/23/16)



**ORDERED in the Southern District of Florida on July 1, 2019**



**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 19–17743–MAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Anthony Paul Scuderi Jr.
10479 Rio Lindo
Delray Beach, FL 33446

SSN: xxx–xx–8162

# ORDER DISMISSING CASE

At the time of filing of the above referenced case on **June 11, 2019**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required deadline:

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
Official Bankruptcy Form 106A/B, Schedule A/B: Property
Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
Official Bankruptcy Form 106H, Schedule H: Your Codebtors
Official Bankruptcy Form 106I, Schedule I: Your Income
Official Bankruptcy Form 106J, Schedule J: Your Expenses
**and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
Official Bankruptcy Form 122A–1, Chapter 7 Statement of Your Current Monthly Income and Means–Test Calculation or 122A–1Supp, Chapter 7 Means Test Exemption Attachment
Debtor's Certification of Credit Counseling

- Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$167.50** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.